THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE A. MENDEZ LORENZANO and JOSE RAMON SAUCEDA LOPEZ,<br><br>Defendants. | CASE NO. CR15-0333-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date and pretrial motions due date (Dkt. No. 23). Having reviewed the motion and the relevant record, the Court hereby makes the following findings:

1. That Defendants have both filed speedy trial waivers. (Dkt. Nos. 21, 22.) Defendant Jose Ramon Sauceda Lopez filed a speedy trial waiver for a period of time up to and including April 1, 2016. (Dkt. No. 21 at 1.) Defendant Jose A. Mendez Lorenzano filed a speedy trial waiver for a period of time up to and including April 21, 2016. (Dkt. No. 22 at 1.)

2. That a failure to grant the requested continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

3. That the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to ensure effective trial preparation and that these factors outweigh the best interests of the defendant and the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the joint motion (Dkt. No. 23) is GRANTED. The trial date in this matter is continued from November 30, 2015, to March 21, 2016, at 9:00 a.m. All pretrial motions shall be filed no later than February 16, 2016.

IT IS FURTHER ORDERED that the period of time from the date of this Order through the new trial date of March 21, 2016, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

DATED this 29 day of October 2015.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk